1  Matthew F. Batezel* (State Bar No. 185147)
2  mbatezel@plawp.com (*lead counsel)
   Schardé C. Vallone (State Bar No. 331328)
3  svallone@plawp.com
4  PACIFIC LAW PARTNERS, LLP
   15615 Alton Parkway, Suite 240
5  Irvine, CA  92618
6  (949)242-2441
   Fax (949)242-2446
7
   Attorneys for Defendant
8  STATE FARM GENERAL INSURANCE COMPANY

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13                    SOUTHERN DIVISION

14

| | |
|---|---|
| 15  PAUL SANG OM, an individual; LISA U OM, and individual, | Case No.: 8:23-cv-00953-DOC-DFM |
| 16 | [Orange County Superior Court Case |
| 17 | No. 30-2022-01263478-CU-IC-CXC] |
| 18        Plaintiffs, | **NOTICE OF SETTLEMENT** |
| 19    vs. | |
| 20 | |
| 21  STATE FARM GENERAL INSURANCE | |
| 22  COMPANY an insurance company; and | |
| 23  DOES 1 through 200, inclusive, | |
| 24        Defendants. | |
| 25 | |
| 26 | |
| 27 | Complaint filed:  May 31, 2022 |
| 28 | |

1

Case No.  8:23-cv-00953                         JOINT NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiffs PAUL SANG OM and LISA U OM ("PLAINTIFFS") and Defendant STATE FARM GENERAL INSURANCE COMPANY ("DEFENDANT") hereby notify the Court that PLAINTIFFS and DEFENDANT have resolved all disputes between them in this matter and have reached a settlement. Each party will be its own attorneys' fees and costs. PLAINTIFFS anticipates presenting dismissal documents to the Court in an estimated forty-five (45) days. PLAINTIFFS request the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties would also like to thank the Court for referring this matter to Magistrate Judge Douglas F. McCormick.

DATED: August 24, 2023                    PACIFIC LAW PARTNERS, LLP

                                          By: /s/MATTHEW F. BATEZEL
                                          MATTHEW F. BATEZEL
                                          SCHARDÉ C. VALLONE
                                          Attorneys for Defendant
                                          STATE FARM GENERAL
                                          INSURANCE COMPANY

DATED: August 24, 2023                    *Steve White, Attorney at Law*

                                          By: /s/STEVE WHITE
                                          STEVE WHITE
                                          Attorneys for Plaintiffs
                                          PAUL SANG OM and LISA U OM